**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
☑ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone.  A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors.  For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car.  When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them.  In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2.  The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture | **Peter** <br> First Name <br><br> **T.** <br> Middle Name <br><br> **Grover** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) | **Janice** <br> First Name <br><br> **I.** <br> Middle Name <br><br> **Grover** <br> Last Name <br><br> _____ <br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br> Include your married or maiden names. | First Name <br><br> Middle Name <br><br> Last Name | First Name <br><br> Middle Name <br><br> Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3  4  1  6 <br><br> OR <br><br> 9xx – xx – ____  ____  ____  ____ | xxx – xx – 0  8  4  8 <br><br> OR <br><br> 9xx – xx – ____  ____  ____  ____ |
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br> Include trade names and doing business as | ☑ I have not used any business names or EINs. <br><br> Business name <br><br> Business name <br><br> Business name | ☑ I have not used any business names or EINs. <br><br> Business name <br><br> Business name <br><br> Business name |

Debtor 1    Peter    T.    Grover    Case number (if known) _____
First Name    Middle Name    Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___        EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___        EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5.    Where you live**

| | | If Debtor 2 lives at a different address: |
|---|---|---|

**1647 Clinton**                                     **1647 Clinton**
Number    Street                                     Number    Street

_____                    _____

**Berwyn**         **IL**    **60402**              **Berwyn**         **IL**    **60402**
City            State    ZIP Code                   City            State    ZIP Code

**Cook**                                            **Cook**
County                                              County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____                    _____
Number    Street                                     Number    Street

_____                    _____
P.O. Box                                            P.O. Box

_____                    _____
City            State    ZIP Code                   City            State    ZIP Code

**6.    Why you are choosing this district to file for bankruptcy**

*Check one:*                                        *Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district

☑ Over the last 180 days before filing this petition, I have lived in this district

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

Debtor 1    **Peter**                    **T.**                **Grover**                        Case number (if known)_____
              First Name              Middle Name              Last Name

**8.** **How you will pay the fee**    ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local
court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may
pay with cash, cashier's check, or money order.  If your attorney is submitting your

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for
Individuals to Pay Your Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived.** You may request this option only if you are filing for Chapter 7.
By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less
than 150% of the official poverty line that applies to your family size and you are unable to pay the

**9.** **Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

District **ND Illinois** _____ When **07/26/2012** Case number **12-29616**
                                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                                        MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                                        MM / DD / YYYY        if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                                        MM / DD / YYYY        if known

**11.** **Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your

☐ No.  Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You
(Form 101A)

Debtor 1   Peter   T.   Grover
           First Name   Middle Name   Last Name                    Case number (if known)

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12.** Are you a sole proprietor of any full- or part-time business?

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number       Street

_____

If you have more than one

_____  _____  _____
City                                State       ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.** Are you filing under Chapter 11 of the Bankruptcy Code and **are you a** *small business debtor?*

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:   Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

_____
Number       Street

_____

_____  _____  _____
City                                State       ZIP Code

Debtor 1    Peter          T.          Grover                      Case number (if known)
            First Name     Middle Name  Last Name

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

15. **Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received**

Attach a copy of the certificate and the payment plan, if any, that you developed with the

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received**

Attach a copy of the certificate and the payment plan, if any, that you developed with the

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the

Debtor 1    Peter                    T.    Grover                    Case number (if known)
First Name        Middle Name        Last Name

## Part 6:    Answer These Questions for Reporting Purposes

**16.** What kind of debts do you have?

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No.  Go to line 16b.
☑ Yes.  Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☐ Yes.  Go to line 17.

16c.  State the type of debts you owe that are not consumer or business debts.

_____

**17.** Are you filing under Chapter 7?

☑ No.  I am not filing under Chapter 7.  Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18.** How many creditors do you estimate that you owe?

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** How much do you estimate your assets to be worth?

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this

X  **/s/ Peter T. Grover**

Peter T. Grover, Debtor 1

Executed on **03/20/2016**
MM / DD / YYYY

X  **/s/ Janice I. Grover**

Janice I. Grover, Debtor 2

Executed on **03/20/2016**
MM / DD / YYYY

Debtor 1    **Peter**         **T.**    **Grover**            Case number (if known)
        First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about

eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the

**If you are not represented by an attorney, you do not need to file this page.**

relief available under each chapter for which the person is eligible.  I also certify that I have delivered to

X  **/s/ Mark R. Schottler**                              Date  **03/20/2016**
    Signature of Attorney for Debtor                          MM / DD / YYYY

**Mark R. Schottler**
Printed name

**Schottler & Associates**
Firm Name

**7222 W. Cermak**
Number        Street

**Suite 701**


**North Riverside**                    **IL**        **60546**
City                              State      ZIP Code

Contact phone **(708) 442-5599**        Email address

**6238871**
Bar number                          State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Peter** | **T.** | **Grover** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Janice** | **I.** | **Grover** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.
**1647 Clinton Ave., Berwyn, IL 60402**

_____

County
_____

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other **1647 Clinton Ave., Berwyn**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claim on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
**$174,000.00**

**Current value of the portion you own?**
**$174,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**
_____

☑ **Check if this is community property**
   (see instructions)

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1.  Write that number here...................................** ➔ | **$174,000.00** |

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Debtor 1    **Peter**          **T.**          **Dower**                    Case number (if known)_____
            First Name          Middle Name      Last Name

3.1.
Make:       **Hyundai**

Model:      **Elantra**

Year:       **2013**

Approximate mileage:_____

Other information:
**2013 Hyundai Elantra**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions.    Put the
amount of any secured claims on *Schedule D:*
*Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $12,000.00 | $12,000.00 |

3.2.
Make:       _____

Model:      _____

Year:       _____

Approximate mileage:_____

Other information:

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions.    Put the
amount of any secured claims on *Schedule D:*
*Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,500.00 | $7,500.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2. Write that number here......................................➔    $19,500.00

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes.  Describe    **Furniture, electronics, appliances, etc.**                    $1,500.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
    music collections; electronic devices including cell phones, cameras, media players, games

    ☑ No
    ☐ Yes.  Describe                                                                _____

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
    stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes.  Describe                                                                _____

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
    canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes.  Describe                                                                _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes.  Describe    **Rifles, pistols**                                            $1,000.00

Debtor 1  **Peter**         **T.**         **Gunter**                          Case number (if known)
          First Name        Middle Name    Last Name

### 11. Clothes
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe    **Normal and necessary clothing**                                    **$500.00**

### 12. Jewelry
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe                                                                          **$500.00**

### 13. Non-farm animals
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe

### 14. Any other personal and household items you did not already list, including any health aids you did not list

☑ No
☐ Yes. Give specific information.......

### 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................➔    **$3,500.00**

---

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes......................................................................................... Cash: ...................

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.....................          Institution name:

17.1.  Checking account:   **Forest Park National Bank**                              **$1,500.00**

17.2.  Checking account:   **Chase Bank Checking**                                    **$300.00**

17.3.  Savings account:    **Chase Bank Savings - Social Security back due payment**  **$19,000.00**

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes.....................  Institution or issuer name:

Debtor 1   **Peter**        **T.**        **Gunter**                    Case number (if known)
           First Name    Middle Name    Last Name

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☒ Yes.  Give specific
   information about
   them................... Name of entity:                          % of ownership:

   **Illinois Compliance Services, LLC**                          **50%**                $100.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes.  Give specific
   information about
   them................... Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
    profit-sharing plans

☐ No
☒ Yes.  List each
   account separately. Type of account:   Institution name:

                      IRA:          **Profinancial IRA**                                   $27,000.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

☒ No
☐ Yes..................... Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes..................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes..................... Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes.  Give specific
   information about them                                                    _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes.  Give specific
   information about them                                                    _____

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes.  Give specific
   information about them                                                    _____

Debtor 1    **Peter**                **T.**              **Gunter**                    Case number (if known)
              First Name           Middle Name        Last Name

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years............

Federal: _____ **$0.00**

State: _____ **$0.00**

Local: _____ **$0.00**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____ **$0.00**

Maintenance: _____ **$0.00**

Support: _____ **$0.00**

Divorce settlement: _____ **$0.00**

Property settlement: _____ **$0.00**

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

_____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each poli
and list its value.......... Company name:                  Beneficiary:              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim

_____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes. Describe each claim

_____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific inform

_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here.................................................................** ➔

**$47,900.00**

Debtor 1  **Peter**            **T.**            **Gunter**                          Case number (if known)
          First Name       Middle Name       Last Name

---

**Part 5:**  **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe                                                                        _____

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe                                                                        _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe                                                                        _____

41. **Inventory**

☑ No
☐ Yes.  Describe                                                                        _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe  Name of entity:                          % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe                                                                     _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here** ...................................................... ➔

| $0.00 |

---

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
          **If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

---

Debtor 1    **Peter**        **T.**        **Gunter**
_____    Case number (if known)_____
First Name        Middle Name        Last Name

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:*Livestock, poultry, farm-raised fish

☑ No
☐ Yes..
_____

**48. Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific information.........
_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes..
_____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes..
_____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific information.........
_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here................................................................** ➔

| $0.00 |
| --- |

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

---

**53. Do you have other property of any kind you did not already list?**
*Examples:*Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54. Add the dollar value of all of your entries from Part 7.  Write that number here..........................** ➔

| $0.00 |
| --- |

Debtor 1    **Peter**         **T.**         **Gruver**         Case number (if known)
First Name         Middle Name         Last Name

**Part 8:    List the Totals of Each Part of this Form**

55.  **Part 1: Total real estate, line 2**..........................................................................➔    $174,000.00

56.  **Part 2: Total vehicles, line 5**                    $19,500.00

57.  **Part 3: Total personal and household items, line 15**         $3,500.00

58.  **Part 4: Total financial assets, line 36**              $47,900.00

59.  **Part 5: Total business-related property, line 45**          $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**      $0.00

61.  **Part 7: Total other property not listed, line 54**    +      $0.00

62.  **Total personal property.** Add lines 56 through 61............    $70,900.00    Copy personal property total ➔  +    $70,900.00

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62................................................    $244,900.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Peter** | **T.** | **Grover** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Janice** | **I.** | **Grover** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying corr
Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If
space is needed, fill out and attach to this page as many copies of *Part 1: Additional Page* as necessary. On the top of any additional pages,
write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so
is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being
exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to
receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an
exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of**

| **Part 1:** | **Identify the Property You Claim as Exempt** |
|---|---|

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description<br>**1647 Clinton Ave., Berwyn, IL 60402**<br>**Single Family Home**<br>Line from *Schedule A/B:* __**1.1**__ | **$174,000.00** | ☑ __**$0.00**__<br>☐ 100% of fair market value, up to any | |
| Brief description<br>**2013 Hyundai Elantra**<br><br>Line from *Schedule A/B:* __**3.1**__ | **$12,000.00** | ☑ __**$106.98**__<br>☐ 100% of fair market value, up to any | |

3.  **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1  **Peter**          **T.**          **Grover**
          First Name       Middle Name      Last Name                    Case number (if known)

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for* | |
| Brief description **2013 Hyundai Elantra** Line from *Schedule A/B:* **3.1** | $12,000.00 | ☑ $0.00 ☐ 100% of fair market value, up to any | 735 ILCS 5/12-1001(b) |
| Brief description **2007 Ford Ranger** Line from *Schedule A/B:* **3.2** | $7,500.00 | ☑ $1,941.72 ☐ 100% of fair market value, up to any | |
| Brief description **Furniture, electronics, appliances, etc.** Line from *Schedule A/B:* **6** | $1,500.00 | ☑ $1,500.00 ☐ 100% of fair market value, up to any | |
| Brief description **Rifles, pistols** Line from *Schedule A/B:* **10** | $1,000.00 | ☑ $1,000.00 ☐ 100% of fair market value, up to any | 735 ILCS 5/12-1001(b) |
| Brief description **Normal and necessary clothing** Line from *Schedule A/B:* **11** | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any | 735 ILCS 5/12-1001(a), (e) |
| Brief description **Misc. jewelry** Line from *Schedule A/B:* **12** | $500.00 | ☑ $500.00 ☐ 100% of fair market value, up to any | 735 ILCS 5/12-1001(b) |
| Brief description **Forest Park National Bank** Line from *Schedule A/B:* **17.1** | $1,500.00 | ☑ $1,500.00 ☐ 100% of fair market value, up to any | 735 ILCS 5/12-1001(b) |
| Brief description **Chase Bank Checking** Line from *Schedule A/B:* **17.2** | $300.00 | ☑ $300.00 ☐ 100% of fair market value, up to any | 735 ILCS 5/12-1001(b) |
| Brief description **Chase Bank Savings - Social Security back** Line from *Schedule A/B:* **17.3** | $19,000.00 | ☑ $19,000.00 ☐ 100% of fair market value, up to any | 735 ILCS 5/12-1001(g)(1), (2), (3) |

| Debtor 1 | **Peter** | **T.** | **Grover** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for* | |
| Brief description<br>**Illinois Compliance Services, LLC**<br><br>Line from *Schedule A/B:*  **19** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any | **735 ILCS 5/12-1001(b)** |
| Brief description<br>**Profinancial IRA**<br><br>Line from *Schedule A/B:*  **21** | $27,000.00 | ☑ $27,000.00<br>☐ 100% of fair market value, up to any | |

Official Form 106C          **Schedule C: The Property You Claim as Exempt**          page 3

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Peter**<br>First Name | **T.**<br>Middle Name | **Grover**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Janice**<br>First Name | **I.**<br>Middle Name | **Grover**<br>Last Name |

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this fo

☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured
claim, list the creditor separately for each claim. If more than one
creditor has a particular claim, list the other creditors in

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

**CitiMortgage**
Creditor's name
**PO BOX 9438**
Number   Street

_____

| Gaithersburg | MD | 20898-9438 |
|---|---|---|
| City | State | ZIP Code |

**Describe the property that secures the claim:**
1647 Clinton Ave., Berwyn, IL 60402

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | $179,841.05 | $174,000.00 | $5,841.05 |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates
to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Mortgage**

**Date debt was incurred** _____ **Last 4 digits of account number**  2   2   4   6

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $179,841.05 |
|---|

Debtor 1    **Peter**      **T.**      **Gumer**      Case number (if known)
First Name      Middle Name      Last Name

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.2**

Ford Motor Credit
Creditor's name

National Bankruptcy Service Ctr.
Number   Street

PO Box 537901

Livonia     MI    48153-7901
City     State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**
2007 Ford Ranger     $5,558.28     $7,500.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
Purchase Money Security Interest

**Last 4 digits of account number** ___ ___ ___ ___

**2.3**

Forest Park National Bank & Trust
Creditor's name

7348 W. Madison St.
Number   Street

Forest Park     IL    60130
City     State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**
1647 Clinton Ave., Berwyn, IL 60402     $59,647.00     $0.00     $59,647.00

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
Second Mortgage

**Last 4 digits of account number** 9 0 0 1

Add the dollar value of your entries in Column A on this page. Write that number here:     $65,205.28

Debtor 1    **Peter**                     **T.**                    **Gunter**
           First Name          Middle Name          Last Name                    Case number (if known)

| **Part 1:** | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.4**

**Santander Consumer USA**
Creditor's name

**Attn: Bankruptcy Dept.**
Number     Street

**PO BOX 560284**

_____

**Dallas**          **TX**    **75356-0284**
City          State    ZIP Code

Describe the property that secures the claim:    $11,893.02    $12,000.00

**2013 Hyundai Elantra**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Purchase Money Security Interest**

Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:    $11,893.02

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $256,939.35

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Peter** | **T.** | **Grover** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Janice** | **I.** | **Grover** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G).
Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.*
If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No.  Go to Part 2.
☑ Yes.

2.  **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and

show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $2,510.00 | $2,510.00 | $0.00 |

**Schottler & Associates**
Priority Creditor's Name
**7222 W. Cermak**
Number        Street
**Suite 701**

_____

**North Riverside**    **IL**    **60546**
City               State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___
**When was the debt incurred?** 05/23/2012

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other.  Specify
**Attorney fees for this case**

Debtor 1    **Peter**      **T.**      **Grover**

First Name     Middle Name     Last Name       Case number (if known)_____

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with you other schedules.

☑ Yes

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what

type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim,

| | **Total claim** |
|---|---|

---

**4.1**                                              **$49.00**

**Allied Collection Service**

Nonpriority Creditor's Name

**7120 Havenhurst Ave.**

Number     Street

**Suite 109**

**Van Nuys**        **CA**     **91406**

City              State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** 4   3   3   8

**When was the debt incurred?**_____

**As of the date you file, the claim is** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Collecting for -BACK 2 LIFE BACK IN FIVE**

---

**4.2**                                              **$2,527.89**

**Capital One**

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**

Number     Street

**PO Box 30285**

**Salt Lake City**       **UT**     **84130**

City              State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**_____

**As of the date you file, the claim is** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Credit Card**

---

| Debtor 1 | Peter | T. | Grover | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number (if known)_____ |

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | | $6,998.40 |
|---|---|---|

**Citibank**
Nonpriority Creditor's Name
PO BOX 6241
Number        Street

_____

**Sioux Falls        SD      57117**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 5  6  3  6

**When was the debt incurred?** _____

**As of the date you file, the claim is** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

| 4.4 | | $12,674.47 |
|---|---|---|

**Discover**
Nonpriority Creditor's Name
PO BOX 15316
Number        Street

_____

**Wilmington       DE      19850-5316**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 1  1  0  5

**When was the debt incurred?** _____

**As of the date you file, the claim is** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

| 4.5 | | $5,688.11 |
|---|---|---|

**FIA Card Services**
Nonpriority Creditor's Name
PO BOX 15026
Number        Street

_____

**Wilmington       DE      19850-5026**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 4  5  0  0

**When was the debt incurred?** _____

**As of the date you file, the claim is** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

| Debtor 1 | **Peter** | **T.** | **Grover** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number (if known)_____ |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.6

**FIA Card Services- Bank of America**
Nonpriority Creditor's Name
**PO BOX 15026**
Number        Street
_____
_____
**Wilmington          DE      19850-5026**
City                         State      ZIP Code

**$8,376.84**

Last 4 digits of account number  **4    5    0    0**
When was the debt incurred?  _____
As of the date you file, the claim is  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify  **Credit Card**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.7

**Home Depot Credit Services**
Nonpriority Creditor's Name
**PO BOX 653000**
Number        Street
_____
_____
**Dallas               TX      75265-3000**
City                         State      ZIP Code

**$5,512.92**

Last 4 digits of account number  **4    0    4    7**
When was the debt incurred?  _____
As of the date you file, the claim is  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify  **Credit Card**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.8

**JC Penny**
Nonpriority Creditor's Name
**GE Money Bank**
Number        Street
**Attn. Bankruptcy Dept**
**PO Box 103104**
**Roswell              GA      30076**
City                         State      ZIP Code

**$1,253.10**

Last 4 digits of account number  **7    9    4    1**
When was the debt incurred?  _____
As of the date you file, the claim is  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify  **Credit Card**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **Peter**              **T.**              **Grover**
          First Name            Middle Name          Last Name              Case number (if known)_____

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.9**                                                                                                    **$2,237.00**

**Kohls Department Store**                  Last 4 digits of account number  **5**  **4**  **4**  **4**
Nonpriority Creditor's Name
**PO Box 3115**                             **When was the debt incurred?**_____
Number      Street
_____                  **As of the date you file, the claim is** Check all that apply.
                                           ☐ Contingent
                                           ☐ Unliquidated
**Milwaukee**        **WI**    **53201**   ☐ Disputed
City                 State     ZIP Code
**Who incurred the debt?** Check one.       **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                            ☐ Student loans
☐ Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other. Specify
**Is the claim subject to offset?**        **Credit Card**
☑ No
☐ Yes

**4.10**                                                                                                   **$2,697.02**

**Sears**                                  Last 4 digits of account number  **7**  **3**  **7**  **9**
Nonpriority Creditor's Name
**PO BOX 6283**                            **When was the debt incurred?**_____
Number      Street
_____                  **As of the date you file, the claim is** Check all that apply.
                                           ☐ Contingent
                                           ☐ Unliquidated
**Sioux Falls**      **SD**    **57117-6283**  ☐ Disputed
City                 State     ZIP Code
**Who incurred the debt?** Check one.       **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                            ☐ Student loans
☐ Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other. Specify
**Is the claim subject to offset?**        **Credit Card**
☑ No
☐ Yes

**4.11**                                                                                                   **$880.44**

**Sears**                                  Last 4 digits of account number  **2**  **7**  **4**  **7**
Nonpriority Creditor's Name
**PO BOX 6283**                            **When was the debt incurred?**_____
Number      Street
_____                  **As of the date you file, the claim is** Check all that apply.
                                           ☐ Contingent
                                           ☐ Unliquidated
**Sioux Falls**      **SD**    **57117-6283**  ☐ Disputed
City                 State     ZIP Code
**Who incurred the debt?** Check one.       **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                            ☐ Student loans
☐ Debtor 2 only                            ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                  that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other. Specify
**Is the claim subject to offset?**        **Credit Card**
☑ No
☐ Yes

| Debtor 1 | **Peter** | **T.** | **Grover** | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

### 4.12

**Stephen T. Jagielo, DDS**
Nonpriority Creditor's Name

**4913 Main St.**
Number        Street

_____

_____

**Downers Gove**       **IL**     **60515**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Bills**

**$3,000.00**

---

### 4.13

**Union Plus Credit Card- HSBC**
Nonpriority Creditor's Name

**PO BOX 17051**
Number        Street

_____

_____

**Baltimore**       **MD**     **21297-1051**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 4  7  2  7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

**$10,156.00**

---

### 4.14

**WFNNB-Gadner Mountain**
Nonpriority Creditor's Name

**Bankruptcy Dept.**
Number        Street

**182125**

**Columbus, OH 4318-2125**

City                        State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 5  6  9  5

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

**$3,495.54**

---

Debtor 1  **Peter**            **T.**              **Grover**
      First Name       Middle Name        Last Name                    Case number (if known)_____

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.

For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified

---

**Blatt, Hasenmiller, Leibsker & Moore**
Name
**125 South Wacker Drive**
Number      Street
**Suite 400**

**Chicago**              **IL**      **60606**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Sears**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Gold Mastercard**

Last 4 digits of account number **0  3  9  9**

---

**Blitt & Gaines, P.C.**
Name
**661 Glenn Avenue**
Number      Street

**Wheeling**             **IL**      **60090**
City                State   ZIP Code
**2012-M1-135329**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorneys for - Citibank**                    ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **5  6  3  6**

---

**Client Services, Inc.**
Name
**3451 Harry S. Truman Blvd.**
Number      Street

**St. Charles**          **MO**     **63301**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Sears**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **6  8  4  5**

---

**Client Services, Inc.**
Name
**3451 Harry S. Truman Blvd.**
Number      Street

**St. Charles**          **MO**     **63301**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - The**                        ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Home Depot**

Last 4 digits of account number **3  0  1  3**

---

**Northland Group, Inc**
Name
**PO Box 390846**
Number      Street

**Minneapolis**          **MN**     **55439**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
**Collecting for - Citibank**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Home Depot**

Last 4 digits of account number **1  2  3  8**

---

Debtor 1 **Peter** **T.** **Grover**    Case number (if known)_____
First Name      Middle Name      Last Name

| **Part 4:** | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
    28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | **Total claim** |
|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $2,510.00 |
| 6e. | **Total.** Add lines 6a through 6d. | 6d. | $2,510.00 |

**Total claims from Part 2**

| | | | **Total claim** |
|---|---|---|---|
| 6f. | **Student loans** | 6f. | $0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $65,546.73 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | $65,546.73 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Peter** | **T.** | **Grover** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Janice** | **I.** | **Grover** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number _____
(if known)

☐ Check if this is an
  amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this

1. **Do you have any executory contracts or unexpired leases?**

   ☑ **No.**  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ **Yes.**  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease      State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Peter** | **T.** | **Grover** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Janice** | **I.** | **Grover** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If
two married people are filing together, both are equally responsible for supplying correct information.  If more space is
needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories
   include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No.  Go to line 3.
   ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☐ No
       ☐ Yes

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the
   person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the
   creditor on** *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use
   *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

                                                                    Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Peter | T. | Grover |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Janice | I. | Grover |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write

### Part 1:   Describe Employment

**1.   Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | Retired | Disability |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____<br>Number   Street | _____<br>Number   Street |
| | _____ | _____ |
| | _____ | _____ |
| | _____<br>City          State   Zip Code | _____<br>City          State   Zip Code |

**How long employed there?** _____       _____

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.** | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| **3.** | **Estimate and list monthly overtime pay.** | 3. + | $0.00 | $0.00 |
| **4.** | **Calculate gross income.** Add line 2 + line 3. | 4. | $0.00 | $0.00 |

Debtor 1   **Peter**          **T.**              **Grover**          Case number (if known) _____
           First Name          Middle Name         Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ....................................................... → 4. | **$0.00** | **$0.00** |
| **5.** | **List all payroll deductions:** | | |
| | 5a. Tax, Medicare, and Social Security deductions   5a. | **$0.00** | **$0.00** |
| | 5b. Mandatory contributions for retirement plans   5b. | **$0.00** | **$0.00** |
| | 5c. Voluntary contributions for retirement plans   5c. | **$0.00** | **$0.00** |
| | 5d. Required repayments of retirement fund loans   5d. | **$0.00** | **$0.00** |
| | 5e. Insurance   5e. | **$0.00** | **$0.00** |
| | 5f. Domestic support obligations   5f. | **$0.00** | **$0.00** |
| | 5g. Union dues   5g. | **$0.00** | **$0.00** |
| | 5h. Other deductions.   Specify: _____   5h. + | **$0.00** | **$0.00** |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 6.   5g + 5h. | **$0.00** | **$0.00** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. | **$0.00** | **$0.00** |
| **8.** | **List all other income regularly received:** | | |
| | **8a.** Net income from rental property and from operating a   8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing   gross receipts, ordinary and necessary business | | |
| | **8b. Interest and dividends**   8b. | **$0.00** | **$0.00** |
| | **8c.** Family support payments that you, a non-filing spouse, or a   8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support,   maintenance, | | |
| | **8d. Unemployment compensation**   8d. | **$0.00** | **$0.00** |
| | **8e. Social Security**   8e. | **$0.00** | **$1,739.67** |
| | **8f. Other government assistance that you regularly receive** | | |
| | Include cash assistance and the value (if known) or any non-   cash assistance that you receive, such as food stamps   (benefits under the Supplemental Nutrition Assistance   Specify: _____   8f. | **$0.00** | **$0.00** |
| | **8g. Pension or retirement income**   8g. | **$3,503.26** | **$0.00** |
| | **8h. Other monthly income.**   Specify: _____   8h. + | **$0.00** | **$0.00** |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | **$3,503.26** | **$1,739.67** |

10. **Calculate monthly income.** Add line 7 + line 9.   10.   **$3,503.26** + **$1,739.67** = **$5,242.93**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other
    friends or relatives.

    Specify: _____   11. +   **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly   12.   **$5,242.93**
    income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information,
    if it applies.

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☑ No.
    ☐ Yes. Explain:   None.

Official Form 106I                    **Schedule I: Your Income**                    page 2

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Peter** | **T.** | **Grover** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Janice** | **I.** | **Grover** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the | **NORTHERN DISTRICT OF ILLINOIS** | | | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**       ☑ No

   Do not list Debtor 1 and          ☐ Yes. Fill out this information
   Debtor 2.                               for each dependent..............

   Do not state the
   dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**       ☑ No
       ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13
case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the
top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I).

**Your expenses**

4. **The rental or home ownership expenses for your residence.**       4.  _____ **$1,659.76**
   Include first mortgage payments and any rent for the ground or lot.

   **If not included in line 4:**

   4a. Real estate taxes                                              4a. _____

   4b. Property, homeowner's, or renter's insurance                   4b. _____

   4c. Home maintenance, repair, and upkeep expenses                  4c. _____ **$100.00**

   4d. Homeowner's association or condominium dues                    4d. _____

Debtor 1    **Peter**                                    **T.**                          **Grover**                           Case number (if known)_____

  First Name                            Middle Name                      Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$300.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$60.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$250.00** |
| | 6d.  Other.  Specify: **Mobile Phones** | 6d. | **$150.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$500.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$100.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$200.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$350.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | _____ |
| 14. | **Charitable contributions and religious donations** | 14. | _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | **$114.58** |
| | 15b.  Health insurance | 15b. | **$464.78** |
| | 15c.  Vehicle insurance | 15c. | **$142.40** |
| | 15d.  Other insurance.  Specify:_____ | 15d. | _____ |
| 16. | **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:_____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 **Hyundai** | 17a. | **$329.63** |
| | 17b.  Car payments for Vehicle 2 **Ford** | 17b. | **$277.42** |
| | 17c.  Other.  Specify:_____ | 17c. | _____ |
| | 17d.  Other.  Specify:_____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. | _____ |
| | 20b.  Real estate taxes | 20b. | _____ |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | _____ |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | _____ |
| | 20e.  Homeowner's association or condominium dues | 20e. | _____ |

Official Form 106J                              **Schedule J: Your Expenses**                                    page 2

Debtor 1  **Peter**                **T.**               **Grover**                        Case number (if known)_____
      First Name            Middle Name            Last Name

**21. Other.** Specify: _____     21.    **+** _____

**22. Calculate your monthly expenses.**

22a.  Add lines 4 through 21.                                               22a. | $5,098.57

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b. |

22c.  Add line 22a and 22b.  The result is your monthly expenses.           22c. | $5,098.57

**23. Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.          23a.      $5,242.93

23b.  Copy your monthly expenses from line 22c above.                       23b.  −   $5,098.57

23c.  Subtract your monthly expenses from your monthly income.
     The result is your monthly net income.                               23c.         $144.36

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage

☑ No.

☐ Yes. Explain here:
**None.**

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Peter** | **T.** | **Grover** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Janice** | **I.** | **Grover** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)   _____

☐ Check if this is an
amended filing

---

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended

---

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

**1.** *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.................................................    **$174,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B..................................................    **$70,900.00**

   1c. Copy line 63, Total of all property on Schedule A/B.................................................    **$244,900.00**

---

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Sch    **$256,939.35**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F....................    **$2,510.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............. **+**   **$65,546.73**

**Your total liabilities**    **$324,996.08**

---

### Part 3:   Summarize Your Income and Expenses

**4.** *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I..................................................    **$5,242.93**

**5.** *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J..................................................    **$5,098.57**

---

Debtor 1    **Peter**                    **T.**                    **Garver**                    Case number (if known)
First Name            Middle Name            Last Name

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$5,757.93

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

|  | Total claim |
|---|---|
| From Part 4 on *Schedule E/F,* copy the following: | |
| 9a. Domestic support obligations. (Copy line 6a.) | $0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) + | $0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Peter** | **T.** | **Grover** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Janice** | **I.** | **Grover** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)  _____

☐ Check if this is an
    amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement,
concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to
$250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____    Attach *Bankruptcy Petition Preparer's Notice,
    *Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they
are**

X **/s/ Peter T. Grover**_____    X **/s/ Janice I. Grover**_____
    Peter T. Grover, Debtor 1                         Janice I. Grover, Debtor 2

    Date **03/20/2016**_____                        Date **03/20/2016**_____
        MM / DD / YYYY                                   MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1    **Peter**            **T.**            **Grover**
            First Name          Middle Name       Last Name

Debtor 2    **Janice**          **I.**            **Grover**
(Spouse, if filing) First Name   Middle Name       Last Name

United States Bankruptcy Court for the **NORTHERN DISTRICT OF ILLINOIS**

Case number _____
(if known)

☐ Check if this is an
   amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
   Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year** **until** | ☐ Wages,<br>commissions, | _____ | ☐ Wages,<br>commissions, | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31 **2015** )<br>                           YYYY | ☐ Wages,<br>commissions, | _____ | ☐ Wages,<br>commissions, | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31 **2014** )<br>                           YYYY | ☑ Wages,<br>commissions, | **$76,927.00** | ☐ Wages,<br>commissions, | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Peter**          **T.**          **Guvara**          Case number (if known)
    First Name        Middle Name        Last Name

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security;
unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under

☐ No
☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions |
| **From January 1 of the current year until** | Railroad Retirement | $11,712.78 | Railroad Retirement | $5,561.01 |
| | | | SS Disability | $4,175.10 |
| | | | | |
| **For the last calendar year:** (January 1 to December 31 **2015**) YYYY | Railroad Retirement | $46,851.12 | Railroad Retirement | $22,244.04 |
| | | | SS Disability | $16,700.40 |
| | | | | |
| **For the calendar year before that:** (January 1 to December 31 **2014**) YYYY | | | Railroad Retirement | $34,154.00 |
| | | | SS Disability | $16,700.40 |
| | | | | |

Debtor 1    **Peter**          **T.**          **Gruver**                    Case number (if known)
            First Name      Middle Name      Last Name

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No.**   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as
            "incurred by an individual primarily for a personal, family, or household purpose."

            During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

            ☐ No.  Go to line 7.

            ☐ Yes.  List below each creditor to whom you paid a total of $6,225 or more in one or more
                    payments and the
                    total amount you paid that creditor.  Do not include payments for domestic support

            * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.**  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

            During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

            ☑ No.  Go to line 7.

            ☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you
                    paid that
                    creditor.  Do not include payments for domestic support obligations, such as child support

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
    corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and
    any managing
    agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic

    ☑ No
    ☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that
    benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes.  List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions,
    support or custody

    ☑ No
    ☐ Yes.  Fill in the details.

Debtor 1   **Peter**          **T.**          **Gurovci**          Case number (if known)
            First Name        Middle Name      Last Name

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details.

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of

☑ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:   List Certain Losses

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire,

☑ No
☐ Yes. Fill in the details.

## Part 7:   List Certain Payments or Transfers

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Schottler & Associates**<br>Person Who Was Paid | | | |
| **7222 W. Cermak, #701**<br>Number   Street | | **12/03/2015** | **$1,490.00** |
| | | | |
| **N. Riverside**        **IL**        **60546**<br>City              State      ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 4

Debtor 1    **Peter**          **T.**              **Gunter**          Case number (if known)
             First Name    Middle Name    Last Name

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).

☑ No
☐ Yes.  Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes.  Fill in the details.

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage

☑ No
☐ Yes.  Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

Debtor 1   **Peter**          **T.**          **Stover**          Case number (if known)
    First Name          Middle Name       Last Name

---

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental

    ☑ No
    ☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and

    ☑ No
    ☐ Yes.  Fill in the details.

---

## Part 11:   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
    ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ☐ A partner in a partnership
    ☐ An officer, director, or managing executive of a corporation
    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No.  None of the above applies.  Go to Part 12.
    ☑ Yes.  Check all that apply above and fill in the details below for each business.

**Illinois Compliance Services, LLC**
Business Name

 

Number    Street

 

City         State   ZIP Code

**Describe the nature of the business**
Concealed Carry Firearms Training

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN: ___  – __ __ __ __ __ __ __

**Dates business existed**

From _____   To _____

---

Debtor 1    **Peter**            **T.**            **Gurov**            Case number (if known)
            First Name          Middle Name      Last Name

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?**
    **Include**

    ☑ No
    ☐ Yes.  Fill in the details below.

Debtor 1    **Peter**                    **T.**                    **Grover**                    Case number (if known)
      First Name              Middle Name              Last Name

**Part 12:**    **Sign Below**

**I have read the answers on this** *Statement of Financial Affairs* **and any attachments, and I declare under penalty of perjury**
**that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or**
**property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20**
**years,**

X **/s/ Peter T. Grover**                              X **/s/ Janice I. Grover**
   Peter T. Grover, Debtor 1                        Janice I. Grover, Debtor 2

   Date    **03/20/2016**                          Date    **03/20/2016**

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice,*
                                                      *Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.**
  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liqudation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |       |                      |
|---|-------|----------------------|
|   | $245  | filing fee           |
|   | $75   | administrative fee   |
| + | $15   | trustee surcharge    |
|   | $335  | total fee            |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

● most fines, penalties, forfeitures, and criminal restitution obligations; and

● certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

● fraud or theft;

● fraud or defalcation while acting in breach of fiduciary capacity;

● intentional injuries that you inflicted; and

● death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form--sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11:  Reorganization

|   | | |
|---|---:|---|
| | $1,167 | filing fee |
| **+** | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are.  If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully.  The rules are technical, and a mistake or inaction may harm you.  If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12:  Repayment plan for family farmers or fishermen

|   |      |                    |
|---|------|--------------------|
|   | $200 | filing fee         |
| + | $75  | administrative fee |
|   | $275 | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   |      |                    |
|---|------|--------------------|
|   | $235 | filing fee         |
| + | $75  | administrative fee |
|   | $310 | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid.  You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings.  If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged.  The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires
that you promptly file detailed information about
your creditors, assets, liabilities, income, expenses
and general financial condition.  The court may
dismiss your bankruptcy case if you do not file this
information within the deadlines set by the
Bankruptcy Code, the Bankruptcy Rules, and local
rules of the court.

For more information about the documents and
their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms
.html#procedure.

---

### Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or
  make a false oath or statement under penalty of
  perjury--either orally or in writing--in connection with
  a bankruptcy case, you may be fined, imprisoned, or
  both.

- All information you supply in connection with a
  bankruptcy case is subject to examination by the
  Attorney General acting through the Office of the
  U.S. Trustee, the Office of the U.S. Attorney, and
  other offices and employees of the U.S. Department
  of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address
you list on *Voluntary Petition for Individuals Filing for
Bankruptcy* (Official Form 101).  To ensure you receive
information about your case, Bankruptcy Rule 4002
requires that you notify the court of any changes in your
address.

A married couple may file a bankruptcy case together--
called a *joint case.* If you file a joint case and each
spouse lists the same mailing address on the
bankruptcy petition, the bankruptcy court generally will
mail you and your spouse one copy of each notice,
unless you file a statement with the court asking that
each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit
counseling briefing from an approved credit counseling
agency.  11 U.S.C. § 109(h).  If you are filing a joint
case, both spouses must receive the briefing.  With
limited exceptions, you must receive it within the 180
days *before* you file your bankruptcy petition.  This
briefing is usually conducted by telephone or on the
Internet.

In addition, after filing a bankruptcy case, you generally
must complete a financial management instructional
course before you can receive a discharge.  If you are
filing a joint case, both spouses must complete the
course.

You can obtain the list of agencies approved to provide
both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/Bankru
ptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the
bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re   Peter T. Grover
Janice I. Grover

Case No. _____

Chapter   **13** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................. | **$4,000.00** |
| Prior to the filing of this statement I have received...................................................... | **$1,490.00** |
| Balance Due.......................................................................................................... | **$2,510.00** |

2. The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **03/20/2016** | **/s/ Mark R. Schottler** | |
| --- | --- | --- |
| *Date* | *Mark R. Schottler* | Bar No.  6238871 |
| | Schottler & Associates | |
| | 7222 W. Cermak | |
| | Suite 701 | |
| | North Riverside, IL 60546 | |

---

**/s/ Peter T. Grover**

*Peter T. Grover*

**/s/ Janice I. Grover**

*Janice I. Grover*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   Peter T. Grover                                              CASE NO
         Janice I. Grover
                                                                     CHAPTER   **13**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/20/2016 _____          Signature  _/s/ Peter T. Grover_____
                                                      **Peter T. Grover**

Date  3/20/2016 _____          Signature  _/s/ Janice I. Grover_____
                                                      **Janice I. Grover**